**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BEN B. SCHWARTZ & SONS, INC.,

    Plaintiff,

v.                                          Case No. 13-10032

PRODUCE BUYERS COMPANY, INC. and
SALVATORE CIPRIANO,

    Defendants.
_____/

**ORDER DIRECTING PLAINTIFF TO SUBMIT A PROPOSED ORDER
AND SPECIFY LOCAL COUNSEL**

On January 4, 2013, Plaintiff filed an *ex parte* motion for a temporary restraining order seeking to enjoin Defendants from using any of the assets subject to the trust provisions of the Perishable Agricultural Commodities Act of 1930, 7 U.S.C. §§ 449a-t *et seq.* Plaintiff has not submitted a proposed order along with its motion. Furthermore, Plaintiff's counsel is located in Naples, Florida, and Plaintiff has not specified local counsel as required under Eastern District of Michigan Local Rule 83.20(f)(1). Accordingly,

IT IS ORDERED that Plaintiff submit a proposed order for its *ex parte* motion for a temporary restraining order by **5:00 p.m. on January 7, 2013**.

IT IS FURTHER ORDERED that Plaintiff specify local counsel in accordance

with Eastern District of Michigan Local Rule 83.20(f)(1) by **5:00 p.m. on January 7, 2013**.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: January 7, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 7, 2013, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522