S:\Cleland\JUDGE'S DESK\C1 ORDERS\13-10032.SCHWARTZ.Grant.TRO.2.wpd