**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BEN B. SCHWARTZ & SONS, INC.,

    Plaintiff,

v.                                           Case No. 13-10032

PRODUCE BUYERS COMPANY, INC. and
SALVATORE CIPRIANO,

    Defendants.
                                       /

**ORDER DISSOLVING PRELIMINARY INJUNCTION AND
DISMISSING CASE WITHOUT PREJUDICE**

This matter is before the court upon Plaintiff's motion to dissolve the preliminary injunction order and dismiss the case without prejudice. Having reviewed the motion and incorporated brief in support, accordingly,

IT IS ORDERED that the motion [Dkt. # 18] is GRANTED and the preliminary injunction entered January 11, 2013, [Dkt. # 15] is DISSOLVED.

IT IS FURTHER ORDERED that the case is DISMISSED without prejudice and with each party to bear its own costs.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated:  March 6, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 6, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522